4841.　WOLVERINE SOAP CO. *v.* SELLERS *et al.*

HILL, C. J. In this case the verdict was not demanded by the law and the evidence, and the judgment granting a first new trial will not be disturbed. Civil Code (1910), § 6204.　　　*Judgment affirmed.*

DECIDED SEPTEMBER 9, 1913.

· Action on guaranty; from city court of Cairo—Judge Singletary. February 24, 1913.

*R. C. Bell, J. S. Weathers,* for plaintiff.

*R. R. Terrell, J. M. Sellers,* for defendants.